IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01104-KAS

RODNEY DOUGLAS EAVES,

    Plaintiff,

v.

SKRAMSTED, Ms.,
MARSHALL GRIFFITH,
VANESSA CARSON,
LAURA GRIBBLE,
TABATHA MARIE KRICK,
MICHELLE BRODEUR, and
HOLLY WINTERS,

    Defendants.

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT FROM DEFENDANTS LAURA GRIBBLE AND DAWN SKRAMSTED

Defendants Laura Gribble and Dawn Skramsted, by and through their counsel, Andrew D. Ringel, Esq., of Hall & Evans, L.L.C, hereby respectfully submits this Motion for Extension of Time to Respond to Plaintiff's Third Amended Complaint, as follows:

1.      Pursuant to D.C.Colo.LCiv. R. 7.1(b)(1), Plaintiff is a *pro se* prisoner and therefore there is no duty to confer prior to filing this Motion.

2.      Defendants Laura Gribble and Dawn Skramsted were served on August 28, 2023. [ECF 18]. Accordingly, pursuant to the applicable Federal Rules of Civil Procedure, these

Defendants' response to Plaintiff's Third Amended Complaint was due on or before September 18, 2023.

3.  Due to a clerical error, the service of these Defendants was not appropriately communicated to the undersigned counsel and therefore the due date for the response to the Complaint on behalf of these Defendants was not appropriately known to the undersigned counsel or appropriately calendared. As soon as this problem was recognized by the undersigned counsel, which was yesterday, the undersigned counsel took immediate steps to clear conflicts and open a new file in this matter, and to file the instant Motion. The undersigned counsel believes this constitutes excusable neglect pursuant to Fed. R. Civ. P. 6(b)(1)(b). Moreover, because this matter involves a prisoner, the Prison Litigation Reform Act ("PLRA") applies. Under the PLRA, there is no requirement for a defendant to respond to a prisoner's complaint until ordered to do so by the court. *See* 42 U.S.C. §§ 1997e(g)(1) and (2). Under this provision, absent a specific order from this Court for these Defendants to respond to the Plaintiff's Complaint default is unavailable. *See, e.g.,* **Steele v. Wetzel,** 2015 U.S. Dist. LEXIS 1152439, at *4-5 (E.D. Pa. Nov. 6, 2015); **Johnson v. Elum,** 2021 U.S. Dist. LEXIS 253486, at *4 (E.D. Mich. June 21, 2021). Review of the docket in this matter reveals no Order form this Court for any of the Defendants to respond to the Plaintiff's Third Amended Complaint. Until an Order to respond is issued by this Court under the PLRA there is no responsibility for any Defendant to respond to the Plaintiff's Third Amended Complaint.

4.  Defendants Laura Gribble and Dawn Skramsted intend to respond to the Plaintiff's Third Amended Complaint. The undersigned counsel was only recently retained in this matter to represent Defendants and requires some additional time to further investigate the allegations in the

Plaintiff's Complaint, develop a strategy for the defense of this matter with Defendants, and implement that strategy. In addition, the undersigned counsel will also be representing Defendant Vanessa Carson who has not yet been served. The undersigned counsel is in the process of contacting Ms. Carson to obtain authorization to waive service on her behalf. A combined response to the Plaintiff's Complaint from the three Defendants represented by the undersigned counsel makes sense.

5. Review of the docket reveals none of the Defendants have responded to the Plaintiff's Complaint to date and no hearings or other settings are on the docket. The response from the CDOC Defendants Marshall Griffith, Michelle Brodeur and Holly Winters is not due until October 23, 2023. [ECF 15]. Thus, the requested extension in this Motion will not unduly disrupt the proceedings before this Court and the litigation generally.

6. Based on the foregoing, Defendants Laura Gribble and Dawn Skramsted respectfully request an extension of time until and including October 27, 2023, to respond to the Plaintiff's Complaint.

7. Pursuant to D.C.Colo.LCiv.R. 6.1(c), the undersigned counsel has served his clients with a copy of this Motion as reflected on the certificate of service.

WHEREFORE, for all the foregoing reasons, Defendants Laura Gribble and Dawn Skramsted hereby respectfully requests an extension of time until and including October 27, 2023, to respond to Plaintiff's Complaint, and for all other and further relief as this Court deems just and appropriate.

Dated this 12th day of October, 2023

Respectfully submitted,

*/s/ Andrew D. Ringel*
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO  80202
Phone:  (303) 628-3300
Fax:  (303) 628-3368
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS
LAURA GRIBBLE AND DAWN SKRAMSTED**

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties or counsel registered through ECF. In addition, the following individuals have been served via mail or email:

None

*Pro Se Plaintiff via USPS*

Rodney Douglas Eaves, DOC #173190
Fremont Correctional Facility
P.O. Box 999
Canon City, Colorado 81215-0999

and emailed to the following:

Laura Gribble and Dawn Skramsted c/o Jessica Garcia

*/s/ Nicole Marion*
Nicole Marion